No. 99-572

FILEr

JAN 0 4 2000

*Ed Smith*
CLERK OF SUPREME COURT
STATE OF MONTANA

PATRICK N. BLJRKHART,

Plaintiff/Appellant,

v.

ORDER

SEMITOOL, INC.,

Defendant/Respondent.

Before this Court is the motion of Semitool, Inc., Defendant/Respondent, (Semitool) to seal court files, transcripts and hearings in connection with its appeal of the District Court's order granting summary judgment to the Plaintiff/Appellant Patrick N. Burkhart (Burkhart) in his wrongful discharge action. Semitool states that Burkhart does not oppose its motion.

It appearing that court records, transcripts of hearings and discovery materials contain trade secrets protected under Montana's Uniform Trade Secrets Act, §§ 30-14-401, et seq.; that § 30-14-406, MCA, permits a court to preserve the secrecy of alleged trade secrets by various reasonable means set forth in this statute; and that the alleged trade secrets were preserved in the District Court and should, likewise, be preserved in this appeal; good cause shown,

IT IS ORDERED that all court records and tiles pertaining to this appeal, including the transcript of oral argument in the District Court, be SEALED; and

IT IS FURTHER ORDERED that if this appeal is classified for oral argument, the

1

argument will be CLOSED to the public and to the media and the recording of the oral argument shall be SEALED, unless the parties and counsel stipulate to the contrary.

IT IS FURTHER ORDERED that the Clerk of this Court give notice of this order by mail to counsel of record.

Dated this 4th day of January, 2000.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2